# EXHIBIT

# 3

SCHUYLKILL COUNTY SHERIFF'S OFFICE
SCHUYLKILL COUNTY COURTHOUSE
401 NORTH SECOND STREET
POTTSVILLE, PENNSYLVANIA 17901

May 13, 2021

**VIA HAND DELIVERY**
George F. Halcovage, Jr.
County Commissioner
Schuylkill County Courthouse
401 North Second Street
Pottsville, PA 17901

Dear Commissioner Halcovage:

As you know, I serve as Solicitor for Sheriff Joseph G. Groody and the Schuylkill County Sheriff's Office.

On Wednesday, May 12, 2021, a meeting was held with Sheriff Groody, the elected Row Officers of Schuylkill County, and myself to discuss your ability to access the Courthouse. Row Officers attending included Maria Casey, Clerk of Courts, Sharyn Yackenchick, Acting Controller, Bridget I. Miller, Prothonotary, Ann Dudish, Recorder of Deeds, and Linda L. Marchalk, Treasurer. District Attorney Michael A. O'Pake and Register of Wills Theresa Santai Gaffney were unable to attend, and David Moylan was not included because he does not work in the Courthouse.

The meeting was scheduled as a result of the Sexual Violence Protective Orders entered against you by Judge Robert J. Eby on May 5, 2021.

You will recall that when the Pennsylvania Office of Attorney General initiated an investigation against you last year, Sheriff Groody restricted your access to the Courthouse. At that time, you were required to enter and exit the Courthouse only through its main entrance and pass through the metal detectors before accessing the rest of the building. Your access was limited to the hours of 8:00 a.m. to 5:00 p.m. Monday through Friday. Several months later, the Sheriff relaxed the restrictions so that you could enter and exit through the Commissioners' entrance on Laurel Boulevard, under the condition that you still agreed to be wanded by Deputies when you entered. When the Office of Attorney General chose not to pursue criminal charges against you, Sheriff Groody ended the requirement that you be wanded prior to entering the Courthouse, however your access continued to be restricted to weekdays from 8:00 a.m. to 5:00 p.m.

In light of Judge Eby's Order, questions and concerns have been raised about your ability to access the Courthouse, which prompted the meeting on May 12, 2021.

I am writing to advise you that the aforementioned Row Officers and Sheriff Groody unanimously agreed at our meeting to terminate your identification card and further restrict your access to the Courthouse. This decision includes District Attorney O'Pake and Register of Wills Gaffney, who were unable to attend the meeting due to a last minute conflict. Beginning Monday, May 17, 2021, your personal parking space will be moved to a spot directly outside the main entrance to the Courthouse that is presently reserved for Police Officers. You will then be required to enter the Courthouse through the main entrance and pass through security in the same manner as the general public. Your access will continue to be limited to Monday through Friday between the hours of 8:00 a.m. and 5:00 p.m., and in addition, you must exit the Courthouse only through the main entrance as well.

Please be aware that there have been numerous requests to completely ban you from the Courthouse and compel you to work remotely from home. The Sheriff will not take those additional measures at this time, however he intends to consult with the President Judge and the remaining Commissioners in the near future to consider this issue.

If you have any questions regarding these changes, please do not hesitate to contact me.

Very truly yours,

James C. Bohorad, Solicitor

cc: Sheriff Joseph G. Groody
Honorable William E. Baldwin, President Judge
Barron L. Hetherington, Chairman, County Commissioners
Gary J. Hess, County Commissioner
Gary R. Bender, County Administrator
Glenn T. Roth, Jr., Assistant County Solicitor
Maria Casey, Clerk of Courts
Sharyn Yackenchick, Acting Controller
Michael A. O'Pake, District Attorney
Bridget I. Miller, Prothonotary
Ann Dudish, Recorder of Deeds
Theresa Santai Gaffney, Register of Wills
Linda L. Marchalk, Treasurer