# EXHIBIT

# 4

**AGENDA - COMMISSIONERS' WORK SESSION** **WEDNESDAY, DECEMBER 20, 2023 AT 10:00 AM**

**THE PUBLIC MAY JOIN TODAY'S MEETING THROUGH ZOOM (NO VIDEO)**

**PHONE: 1 – 301 – 715 – 8592 MEETING ID: 860 2495 9412 # PASSCODE: 423522**

1. **REPORT OF EXECUTIVE SESSION**

2. **PUBLIC COMMENT**

3. **C.J. BEGANSKY – ADULT PROBATION OFFICE**

- APPROVAL OF THE RECEIPT OF THE GRANT-IN-AID AWARD FROM THE PENNSYLVANIA COMMISSION ON CRIME AND DELINQUENCY FOR FISCAL YEAR JULY 1, 2023 TO JUNE 30, 2024 IN THE AMOUNT OF $284,131.00. **MOTION REQUESTED**

4. **LISA STEVENS – CHILDREN AND YOUTH**

- APPROVAL OF AN AGREEMENT WITH DELAWARE COUNTY EMERGENCY YOUTH ACADEMY, CHESTER, PA FOR COMMUNITY BASED RESIDENTIAL SHELTER CARE AT $297.00 PER DIEM. THE TERM IS JULY 1, 2023 TO JUNE 30, 2024.
- APPROVAL OF AN AGREEMENT WITH PINKNEY'S VINEYARD OF FAITH MINISTRIES, RED LION, PA FOR SPCIALIZED SETTINGS PREGNANT / PARENTING YOUTH RESIDENTIAL SERVICES: MOTHER AND NON-DEPENDENT CHILD $252.61 PER DIEM; MOTHER PLACEMENT AT $206.32 PER DIEM, AND DEPENDENT CHILD AT $55.45 PER DIEM. THE TERM IS JULY 1, 2023 TO JUNE 30, 2024.
- APPROVAL OF AN AGREEMENT WITH THE CHILDREN'S HOME OF PITTSBURGH, PITTSBURGH, PA FOR FOSTER CARE WITH PER DIEM RATES AS FOLLOWS: AGE 0-2 WITH MINIMAL NEEDS (CODE IA) AT $62.00; AGE 0-2 WTH SIGNIFICANT NEEDS (CODE IB) AT $64.00; AGE 2-21 WITH MINIMAL NEEDS (CODE CA) AT $66.00; AGE 2-21 WITH SIGNIFICANT NEEDS (CODE CB) AT $68.00; AND AGE 0-21 WITH SIGNIFICANT MEDICAL NEEDS (CODE MN) AT $73.00. THE TERM IS JULY 1, 2023 TO JUNE 30, 2024.
- APPROVAL OF AN AGREEMENT WITH DIVERSIFIED TREATMENT ALETERNATIVES, MILTON, PA FOR COMMUNITY BASED RESIDENTIAL TREATMENT SERVICES: LEWISBURG AND DANVILLE LOCATIONS AT $500.00 PER DIEM, AND COAL TOWNSHIP LOCATION AT $375.00 PER DIEM. THE TERM IS JULY 1, 2023 TO JUNE 30, 2024.
- APPROVAL OF AN AGREEMENT WITH CONCERN, FLEETWOOD, PA, FOR FOSTER CARE SERVICES WITH PER DIEM RATES AS FOLLOWS: TRADITIONAL AT $70.97; INTENSIVE AT $138.82; AND MOTHER/BABY AT $178.87, AND FOR COMMUNITY BASED RESIDENTIAL SERVICES AT A PER DIEM RATE OF $299.84. THE TERM IS JULY 1, 2023 TO JUNE 30, 2024.
- APPROVAL OF AN AGREEMENT WITH THE CLOCK TOWERS SCHOOLS, GLEN MILLS, PA, FOR COMMUNITY BASED RESIDENTIAL SERVICES AT $305.00 PER DIEM. THE TERM IS JULY 1, 2023 TO JUNE 30, 2024.
- APPROVAL OF AN ADDENDUM TO THE AGREEMENT WITH CHOR YOUTH AND FAMILY SERVICES, INC. READING, PA DATED OCTOBER 25, 2023 ADDING 2 EMERGENCY SHELTER RESIDENTIAL BEDS RESERVED FOR EXCLUSIVE USE BY THE COUNTY JUVENILE PROBATION OFFICE AND CHILDREN AND YOUTH AGENCY AT A RATE OF $370.00 PER DIEM.

5. **LISA MAHALL – LIQUID FUELS**

- APPROVAL TO ENCUMBER AN ADDITIONAL $275,000 FOR PROJECT #21-53000-001, COUNTY BRIDGE 24, LINE STREET OVER GOODSPRING CREEK, TREMONT BOROUGH. THE BRIDGE IS CURRENTLY UNDER ENGINEERING DESIGN AND WILL BE BID FOR CONSTRUCTION IN EARLY 2024 FOR A SPRING CONSTRUCTION. **MOTION REQUESTED**

6. **KENT HATTER – TAX ASSESSMENT**

- APPROVAL OF A FOUR-MONTH CONTRACT WITH RESOURCE TECHNOLOGIES CORPORATION FROM JANUARY 1, 2024, THROUGH APRIL 30, 2024. THE CONTRACT PROVIDES CONTINUED TECHNICAL SERVICES TO THE GOVERN SOFTWARE SYSTEM USED BY THE COUNTY TO MANAGE THE TAX PARCEL INFORMATION ON EVERY PROPERTY. THE TOTAL MONTHLY COST IS $9,000 WITH $3,000 TOWARDS MAINTENANCE AND $6,000 FOR TECHNICAL SUPPORT. THE TOTAL CONTRACT IS $36,000.

- APPROVAL FOR A TWO-YEAR CONTRACT WITH RESOURCE TECHNOLOGIES CORPORATION FROM JANUARY 1, 2024, THROUGH DECEMBER 31, 2025. THE CONTRACT PROVIDES FOR THE MINERAL VALUATION, MAPPING SYSTEM, UPDATING DATA CONCERNING MINING AND MINERAL RESERVE PROPERTIES. THE TWO-YEAR TOTAL CONTRACT IS $48,000. THE MONTHLY FEE IS $2,000.

7. **CHERYL FUSS – GRANT WRITER'S**

- APPROVE CHANGE ORDER #1 FOR $10,510.22 TO A CONTRACT WITH HEIM CONSTRUCTION COMPANY, INC., FOR AN ADA CURB PROJECT IN ORWIGSBURG. THIS CHANGE ORDER WILL INCREASE THE CONTRACT FROM $85,186.20 TO $95,696.42 AND IS DUE TO A CHANGE IN CONTRACT QUANTITIES REQUIRED TO COMPLY WITH ADA ACCESSIBILITY REQUIREMENTS.

- APPROVE CHANGE ORDER #1 FOR $1,433.22 TO A CONTRACT WITH RONNIE C. FOLK PAVING, INC. FOR A BUTLER TOWNSHIP ROAD REHABILITATION PROJECT. THIS CHANGE ORDER WILL INCREASE THE CONTRACT FROM $26,280.00 TO $27,713.22 AND IS DUE TO A CHANGE IN CONTRACT QUANTITIES TO COMPLETE THE PROJECT.

- APPROVAL TO AWARD A CONTRACT IN THE AMOUNT OF $12,444.00 TO DANIEL J. FARBER FOR A DEMOLITION PROJECT AT 37 MAUCH CHUNK STREET, TAMAQUA.

- APPROVAL TO AWARD A CONTRACT IN THE AMOUNT OF $36,500.00 TO KASS CONTRACTING FOR A DEMOLITION PROJECT AT 26 S. FRONT STREET, SAINT CLAIR.

- APPROVAL TO AWARD A CONTRACT IN THE AMOUNT OF $21,635.00 TO AMC ENTERPRISE FOR A CDBG DEMOLITION PROJECT AT 146 N. NICHOLS STREET, SAINT CLAIR.

- APPROVAL TO AWARD A CONTRACT IN THE AMOUNT OF $19,454.00 TO NORTHEAST INDUSTRIAL SERVICES FOR A DEMOLITION PROJECT AT 119 PARKWAY, SCHUYLKILL HAVEN.

- APPROVAL TO AWARD A CONTRACT IN THE AMOUNT OF $24,695.00 TO AFFORDABLE CONSTRUCTION & DEMOLITION FOR A DEMOLITION PROJECT AT 520, 522 & 524 RAILROAD STREET, MAHANOY CITY.

8. **LISA FISHBURN – MENTAL HEALTH / DEVELOPMENTAL SERVICES**

- APPROVAL REQUESTED OF A QUOTE IN THE AMOUNT OF $31,544.91 FROM IDWRAPS AUTOMOTIVE & ARCHITECTURAL GRAPHICS OF SLATINGTON, PA, FOR DIGITAL VEHICLE GRAPHIC WRAP FOR SIX (6) COUNTY SHUTTLE VANS FOR THE MH AWARENESS CAMPAIGN. **MOTION REQUESTED**

9. **KEVIN MAHALL – PUBLIC WORKS**

APPROVAL TO AWARD A CONTRACT TO DIVERSIFIED MAINTENANCE-RWS, LLC, FOR THE CLEANING OF THE SCHUYLKILL COUNTY COURTHOUSE FROM JANUARY 1, 2024 TO DECEMBER 31, 2025 AT $143,412.32. **MOTION REQUESTED**

10. **HEATHER GARRITY – RISK MANAGEMENT**

- REQUESTED TO APPROVE AND AUTHORIZE THE RENEWAL OF EXCESS WORKERS COMPENSATION INSURANCE POLICY FOR A 1-YEAR TERM, EFFECTIVE JANUARY 1, 2024 THROUGH DECEMBER 31, 2024 WITH MIDWEST EMPLOYERS CASUALTY CO. AT A RATE OF $118,913. **MOTION REQUESTED**

11. **SOLICITOR'S OFFICE**

- REQUESTING THE BOARD OF COMMISSIONERS' CONSENT TO AND APPROVE AND AUTHORIZE THE EXECUTION OF A SETTLEMENT STIPULATION IN CONNECTION WITH SETTLEMENT OF AN ASSESSMENT APPEAL INITIATED BY THE TAXPAYER AND APPROVED BY PINE GROVE TOWNSHIP AND PINE GROVE AREA SCHOOL DISTRICT IN THE MATTER OF *LRZ, LTD V. SCHUYLKILL COUNTY BOARD OF ASSESSMENT APPEALS,* COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY, NO. S-1999-2023 REGARDING 475 SUEDBERG ROAD, PINE GROVE, TAX PARCEL NO. 21-09-0161.002.

12. **LINDA YEICH – TREASURER'S OFFICE**

- APPROVAL OF THE TREASURER'S REPORT FOR THE MONTH OF NOVEMBER 2023.

13. **PAUL BUBER – FINANCE OFFICE**

- APPROVAL OF THE FOLLOWING BUDGET ADJUSTMENTS FOR CURRENT YEAR 2023: **MOTION REQUESTED**

| OFFICE / DEPARTMENT | AMOUNT |
|---|---|
| DISTRICT JUSTICES – COURTS | $ 35 |
| SOIL CONSERVATION | $ 418 |
| TAX ASSESSMENT | $ 750 |
| ELECTION BUREAU / VOTER REGISTRATION | $ 3,000 |
| SHERIFF'S OFFICE | $ 6,000 |
| DOMESTIC RELATIONS | $ 9,400 |
| 911 COMMUNICATIONS | $ 34,000 |

ON BEHALF OF AFFORDABLE HOUSING TRUST FUND

APPROVAL OF SUPPLEMENTAL BUDGET APPROPRIATION RESOLUTION **#2023-19** FOR $91,646. **MOTION REQUESTED**

ON BEHALF OF ADMINISTRATION / FINANCE

- APPROVAL TO ESTABLISH THE FINAL 2024 REAL ESTATE MILLAGE, PER CAPITA TAX, AND TO ADOPT THE 2024 FINAL BUDGETS AS SET FORTH IN ACCORDANCE WITH RESOLUTION 12-20-23, AS ATTACHED. **MOTION REQUESTED**

14. **ANTHONY KERN – HUMAN RESOURCES OFFICE**

- PERSONNEL ACTIONS & INFORMATION

15. **NEW BUSINESS**

16. **ADJOURNMENT**

**SALARY BOARD WORK SESSION** **WEDNESDAY, DECEMBER 20, 2023**

1. REPORT OF EXECUTIVE SESSIONS
2. PUBLIC COMMENT
3. HUMAN RESOURCES OFFICE – PERSONNEL ACTIONS
4. NEW BUSINESS
5. ADJOURNMENT