# EXHIBIT

# 5

WEDNESDAY, DECEMBER 20, 2023

A WORK SESSION MEETING OF THE SCHUYLKILL COUNTY BOARD OF COMMISSIONERS WAS HELD ON WEDNESDAY, DECEMBER 20, 2023 AT 10:00 AM. THE MEETING WAS HELD IN THE COMMISSIONERS' BOARD ROOM.

**PLEASE NOTE:** THE PUBLIC MAY ATTEND THE MEETING IN PERSON OR JOIN TODAY'S MEETING VIA ZOOM.

ATTENDING: COMMISSIONER BARRON L. HETHERINGTON; COMMISSIONER GEORGE F. HALCOVAGE, JR.; COMMISSIONER GARY HESS; ASSISTANT COUNTY SOLICITOR PAUL DATTE; CONTROLLER SHARYN YACKENCHICK; TREASURER LINDA YEICH; SHERIFF JOSEPH GROODY; COUNTY ADMINISTRATOR GARY BENDER; FINANCE DIRECTOR PAUL BUBER; HUMAN RESOURCES SPECIALIST/ASSISTANT RISK MANAGER HEATHER GARRITY; AND CHIEF CLERK LINDA DEATRICH.

ALSO ATTENDING: CHIEF ADULT PROBATION OFFICER C.J. BEGANSKY; ASSISTANT ADMINISTRATOR CARL RUMBEL; TAX ASSESSOR KENT HATTER; CHIEF JUVENILE PROBATION OFFICER MIKE PURCELL; PUBLIC WORKS DIRECTOR KEVIN MAHALL; REAL ESTATE/ENGINEERING DIRECTOR LISA MAHALL; GRANT MANAGER RON ZIMMERMAN; ELECTION BUREAU / VOTER REGISTRATION DIRECTOR AL GRICOSKI, FINANCIAL ANALYST 1 CHRIS KERNS, AND DRUG & ALCOHOL ASSISTANT ADMINISTRATOR JOHN REED.

ABSENT: HUMAN RESOURCES DIRECTOR TONY KERN.

SESSION CALLED TO ORDER BY COMMISSIONER HETHERINGTON.

THE MEETING WAS OPENED WITH THE PLEDGE OF ALLEGIANCE TO THE FLAG.

**REPORT OF EXECUTIVE SESSIONS HELD**

THE CHIEF CLERK STATED THERE WERE NO EXECUTIVE SESSIONS TO REPORT.

*COMMISSIONER HETHERINGTON NOTED THAT HE WOULD LIKE TO RECOGNIZE TWO MEMBERS OF THE ELECTION BUREAU COMPUTATION BOARD WHO ARE RETIRING AFTER 40+ YEARS OF SERVICE.*

*ELECTION BUREAU / VOTER REGISTRATION DIRECTOR, AL GRICOSKI, THANKED ROSE KERN AND JOANN MYERS FOR ALL THE TIME AND WORK THEY PUT IN AFTER ALL THESE YEARS; 45 YEARS AND 42 YEARS RESPECTIVELY.*

*COMMISSIONER HALCOVAGE THANKED THE MEMBERS FOR THEIR YEARS OF SERVICE AND DEDICATION.*

*COMMISSIONER HESS COMMENTED ON THE DEDICATED PEOPLE THAT HELP AT THE ELECTIONS. HE THANKED EVERYONE FOR THEIR WORK.*

**PUBLIC COMMENT**

LAURA KRYZNOWSKI, POTTSVILLE, COMMENTED ON CITY AND COUNTY ELECTED OFFICIALS.

GEORGE STENCOVAGE, PALO ALTO, COMMENTED ON SENIOR CITIZENS AND VETERANS LOSING THEIR HOMES.

MELINDA DEIBERT, NORTH MANHEIM TOWNSHIP, COMMENTED ON RIGHT TO KNOWS AND THE FIRE TRAINING SCHOOL.

**C.J. BEGANSKY – ADULT PROBATION**

CHIEF ADULT PROBATION OFFICER, C.J. BEGANSKY, REQUESTED THE BOARD OF COMMISSIONERS' APPROVAL OF THE RECEIPT OF THE GRANT-IN-AID AWARD FROM THE PENNSYLVANIA COMMISSION ON CRIME AND DELINQUENCY FOR FISCAL YEAR JULY 1, 2023 TO JUNE 30, 2024 IN THE AMOUNT OF $284,131.00. **MOTION REQUESTED.**

**MOTION:**

*IT WAS MOVED BY COMMISSIONER HALCOVAGE, SECONDED BY COMMISSIONER HESS TO APPROVE THE ABOVE REQUEST.*

*A ROLL CALL VOTE WAS AS FOLLOWS:*

*COMMISSIONER HETHERINGTON – YES* *COMMISSIONER HALCOVAGE – YES*

*COMMISSIONER HESS – YES*

**LISA STEVENS – CHILDREN & YOUTH**

ON BEHALF OF CHILDREN & YOUTH ADMINISTRATOR, LISA STEVENS, ASSISTANT ADMINISTRATOR CARL RUMBEL REQUESTED THE BOARD OF COMMISSIONERS' APPROVAL OF THE FOLLOWING AGREEMENTS:

REQUESTED APPROVAL OF AN AGREEMENT WITH DELAWARE COUNTY EMERGENCY YOUTH ACADEMY, CHESTER, PA, FOR COMMUNITY BASED RESIDENTIAL SHELTER CARE AT $297.00 PER DIEM. THE TERM IS JULY 1, 2023 TO JUNE 30, 2024.

REQUESTED APPROVAL OF AN AGREEMENT WITH PINKNEY'S VINEYARD OF FAITH MINISTRIES, RED LION, PA, FOR SPECIALIZED SETTINGS PREGNANT / PARENTING YOUTH RESIDENTIAL SERVICES: MOTHER AND NON-DEPENDENT CHILD $252.61 PER DIEM; MOTHER PLACEMENT AT $206.32 PER DIEM, AND DEPENDENT CHILD AT $55.45 PER DIEM. THE TERM IS JULY 1, 2023 TO JUNE 30, 2024.

REQUESTED APPROVAL OF AN AGREEMENT WITH THE CHILDREN'S HOME OF PITTSBURGH, PITTSBURGH, PA, FOR FOSTER CARE WITH PER DIEM RATES AS FOLLOWS: AGE 0-2 WITH MINIMAL NEEDS (CODE IA) AT $62.00; AGE 0-2 WITH SIGNIFICANT NEEDS (CODE IB) AT $64.00; AGE 2-21 WITH MINIMAL NEEDS (CODE CA) AT $66.00; AGE 2-21 WITH SIGNIFICANT NEEDS (CODE CB) AT $68.00; AND AGE 0-21 WITH SIGNIFICANT MEDICAL NEEDS (CODE MN) AT $73.00. THE TERM IS JULY 1, 2023 TO JUNE 30, 2024.

REQUESTED APPROVAL OF AN AGREEMENT WITH DIVERSIFIED TREATMENT ALTERNATIVES, MILTON, PA, FOR COMMUNITY BASED RESIDENTIAL TREATMENT SERVICES: LEWISBURG AND DANVILLE LOCATIONS AT $500.00 PER DIEM, AND COAL TOWNSHIP LOCATION AT $375.00 PER DIEM. THE TERM IS JULY 1, 2023 TO JUNE 30, 2024.

REQUESTED APPROVAL OF AN AGREEMENT WITH CONCERN, FLEETWOOD, PA, FOR FOSTER CARE SERVICES WITH PER DIEM RATES AS FOLLOWS: TRADITIONAL AT $70.97; INTENSIVE AT $138.82; AND MOTHER/BABY AT $178.87, AND FOR COMMUNITY BASED RESIDENTIAL SERVICES AT A PER DIEM RATE OF $299.84. THE TERM IS JULY 1, 2023 TO JUNE 30, 2024.

REQUESTED APPROVAL OF AN AGREEMENT WITH THE CLOCK TOWERS SCHOOLS, GLEN MILLS, PA, FOR COMMUNITY BASED RESIDENTIAL SERVICES AT $305.00 PER DIEM. THE TERM IS JULY 1, 2023 TO JUNE 30, 2024.

REQUESTED APPROVAL OF AN ADDENDUM TO THE AGREEMENT WITH CHOR YOUTH AND FAMILY SERVICES, INC. READING, PA, DATED OCTOBER 25, 2023 ADDING 2 EMERGENCY SHELTER RESIDENTIAL BEDS RESERVED FOR EXCLUSIVE USE BY THE COUNTY JUVENILE PROBATION OFFICE AND CHILDREN AND YOUTH AGENCY AT A RATE OF $370.00 PER DIEM.

**LISA MAHALL – LIQUID FUELS**

REAL ESTATE/ENGINEERING DIRECTOR, LISA MAHALL, REQUESTED THE BOARD OF COMMISSIONERS' APPROVAL TO ENCUMBER AN ADDITIONAL $275,000 FOR PROJECT #21-53000-001, COUNTY BRIDGE 24, LINE STREET OVER GOOD SPRING CREEK, TREMONT BOROUGH. THE BRIDGE IS CURRENTLY UNDER ENGINEERING DESIGN AND WILL BE BID FOR CONSTRUCTION IN EARLY 2024 FOR A SPRING CONSTRUCTION. THESE FUNDS ARE FROM LIQUID FUELS AND NOT GENERAL FUNDS. **MOTION REQUESTED.**

**MOTION:**

*IT WAS MOVED BY COMMISSIONER HALCOVAGE, SECONDED BY COMMISSIONER HESS TO APPROVE THE ABOVE REQUEST.*

*A ROLL CALL VOTE WAS AS FOLLOWS:*

*COMMISSIONER HETHERINGTON – YES* *COMMISSIONER HALCOVAGE – YES*

*COMMISSIONER HESS – YES*

**KENT HATTER – TAX ASSESSMENT**

CHIEF ASSESSOR, KENT HATTER, REQUESTED THE BOARD OF COMMISSIONERS' APPROVAL OF A FOUR-MONTH CONTRACT WITH RESOURCE TECHNOLOGIES CORPORATION FROM JANUARY 1, 2024, THROUGH APRIL 30, 2024. THE CONTRACT PROVIDES CONTINUED TECHNICAL SERVICES TO THE GOVERN SOFTWARE SYSTEM USED BY THE COUNTY TO MANAGE THE TAX PARCEL INFORMATION ON EVERY PROPERTY. THE TOTAL MONTHLY COST IS $9,000 WITH $3,000 TOWARDS MAINTENANCE AND $6,000 FOR TECHNICAL SUPPORT. THE TOTAL CONTRACT IS $36,000.

REQUESTED APPROVAL FOR A TWO-YEAR CONTRACT WITH RESOURCE TECHNOLOGIES CORPORATION FROM JANUARY 1, 2024, THROUGH DECEMBER 31, 2025. THE CONTRACT PROVIDES FOR THE MINERAL VALUATION, MAPPING SYSTEM, UPDATING DATA CONCERNING MINING AND MINERAL RESERVE PROPERTIES. THE TWO-YEAR TOTAL CONTRACT IS $48,000. THE MONTHLY FEE IS $2,000.

**CHERYL FUSS – GRANT WRITER'S**

ON BEHALF OF ASSISTANT COORDINATOR/COMPLIANCE OFFICER CHERYL FUSS, GRANT MANAGER RON ZIMMERMAN REQUESTED THE BOARD OF COMMISSIONERS' APPROVAL TO CHANGE ORDER #1 FOR $10,510.22 TO A CONTRACT WITH HEIM CONSTRUCTION COMPANY, INC., FOR AN ADA CURB PROJECT IN ORWIGSBURG. THIS CHANGE ORDER WILL INCREASE THE CONTRACT FROM $85,186.20 TO $95,696.42 AND IS DUE TO A CHANGE IN CONTRACT QUANTITIES REQUIRED TO COMPLY WITH ADA ACCESSIBILITY REQUIREMENTS.

REQUESTED APPROVAL TO CHANGE ORDER #1 FOR $1,433.22 TO A CONTRACT WITH RONNIE C. FOLK PAVING, INC. FOR A BUTLER TOWNSHIP ROAD REHABILITATION PROJECT. THIS CHANGE ORDER WILL INCREASE THE CONTRACT FROM $26,280.00 TO $27,713.22 AND IS DUE TO A CHANGE IN CONTRACT QUANTITIES TO COMPLETE THE PROJECT.

REQUESTED APPROVAL TO AWARD A CONTRACT IN THE AMOUNT OF $12,444.00 TO DANIEL J. FARBER FOR A DEMOLITION PROJECT AT 37 MAUCH CHUNK STREET, TAMAQUA.

REQUESTED APPROVAL TO AWARD A CONTRACT IN THE AMOUNT OF $36,500.00 TO KASS CONTRACTING FOR A DEMOLITION PROJECT AT 26 S. FRONT STREET, SAINT CLAIR.

REQUESTED APPROVAL TO AWARD A CONTRACT IN THE AMOUNT OF $21,635.00 TO AMC ENTERPRISE FOR A CDBG DEMOLITION PROJECT AT 146 N. NICHOLS STREET, SAINT CLAIR.

REQUESTED APPROVAL TO AWARD A CONTRACT IN THE AMOUNT OF $19,454.00 TO NORTHEAST INDUSTRIAL SERVICES FOR A DEMOLITION PROJECT AT 119 PARKWAY, SCHUYLKILL HAVEN.

REQUESTED APPROVAL TO AWARD A CONTRACT IN THE AMOUNT OF $24,695.00 TO AFFORDABLE CONSTRUCTION & DEMOLITION FOR A DEMOLITION PROJECT AT 520, 522 & 524 RAILROAD STREET, MAHANOY CITY.

**LISA FISHBURN – MENTAL HEALTH / DEVELOPMENTAL SERVICES**

ON BEHALF OF MH/DS FISCAL OFFICER LISA FISHBURN, DRUG AND ALCOHOL ASSISTANT ADMINISTRATOR JOHN REED REQUESTED THE BOARD OF COMMISSIONERS' APPROVAL OF A QUOTE IN THE AMOUNT OF $31,544.91 FROM IDWRAPS AUTOMOTIVE & ARCHITECTURAL GRAPHICS OF SLATINGTON, PA, FOR DIGITAL VEHICLE GRAPHIC WRAP FOR SIX (6) COUNTY SHUTTLE VANS FOR THE MH AWARENESS CAMPAIGN. **MOTION REQUESTED.**

***AT THIS TIME, COMMISSIONER HALCOVAGE STEPPED OUT OF THE MEETING.***

**MOTION:**

*IT WAS MOVED BY COMMISSIONER HESS, SECONDED BY COMMISSIONER HETHERINGTON TO APPROVE THE ABOVE REQUEST.*

*A ROLL CALL VOTE WAS AS FOLLOWS:*

*COMMISSIONER HETHERINGTON – YES* *COMMISSIONER HALCOVAGE – ABSENT*

*COMMISSIONER HESS – YES*

**KEVIN MAHALL – PUBLIC WORKS**

PUBLIC WORKS DIRECTOR, KEVIN MAHALL, REQUESTED THE BOARD OF COMMISSIONERS' APPROVAL TO AWARD A CONTRACT TO DIVERSIFIED MAINTENANCE-RWS, LLC, FOR CLEANING OF THE SCHUYLKILL COUNTY COURTHOUSE FROM JANUARY 1, 2024 TO DECEMBER 31, 2025 AT $143,412.32. **MOTION REQUESTED.**

***COMMISSIONER HALCOVAGE STEPPED OUT OF THE MEETING.***

**MOTION:**

*IT WAS MOVED BY COMMISSIONER HESS, SECONDED BY COMMISSIONER HETHERINGTON TO APPROVE THE ABOVE REQUEST.*

*A ROLL CALL VOTE WAS AS FOLLOWS:*

*COMMISSIONER HETHERINGTON – YES* *COMMISSIONER HALCOVAGE – ABSENT*

*COMMISSIONER HESS – YES*

**HEATHER GARRITY – RISK MANAGEMENT**

HUMAN RESOURCES SPECIALIST/ASSISTANT RISK MANAGER, HEATHER GARRITY, REQUESTED THE BOARD OF COMMISSIONERS TO APPROVE AND AUTHORIZE THE RENEWAL OF EXCESS WORKERS COMPENSATION INSURANCE POLICY FOR A 1-YEAR TERM, EFFECTIVE JANUARY 1, 2024 THROUGH DECEMBER 31, 2024 WITH MIDWEST EMPLOYERS' CASUALTY CO. AT A RATE OF $118,913. **MOTION REQUESTED.**

***COMMISSIONER HALCOVAGE STEPPED OUT OF THE MEETING.***

**MOTION:**

*IT WAS MOVED BY COMMISSIONER HESS, SECONDED BY COMMISSIONER HETHERINGTON TO APPROVE THE ABOVE REQUEST.*

*A ROLL CALL VOTE WAS AS FOLLOWS:*

*COMMISSIONER HETHERINGTON – YES* *COMMISSIONER HALCOVAGE – ABSENT*

*COMMISSIONER HESS – YES*

**SOLICITOR'S OFFICE – SETTLEMENT STIPULATION**

ASSISTANT COUNTY SOLICITOR, PAUL DATTE, REQUESTED THE BOARD OF COMMISSIONERS' CONSENT TO AND APPROVE AND AUTHORIZE THE EXECUTION OF A SETTLEMENT STIPULATION IN CONNECTION WITH SETTLEMENT OF AN ASSESSMENT APPEAL INITIATED BY THE TAXPAYER AND APPROVED BY PINE GROVE TOWNSHIP AND PINE GROVE AREA SCHOOL DISTRICT IN THE MATTER OF *LRZ, LTD V. SCHUYLKILL COUNTY BOARD OF ASSESSMENT APPEALS*, COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY, NO. S-1999-2023 REGARDING 475 SUEDBERG ROAD, PINE GROVE, TAX PARCEL NO. 21-09-0161.002.

***COMMISSIONER HALCOVAGE RETURNED TO THE WORK SESSION MEETING.***

**TREASURER LINDA YEICH – NOVEMBER 2023 TREASURER'S REPORT**

TREASURER, LINDA YEICH, REQUESTED THE BOARD OF COMMISSIONERS' APPROVAL OF THE TREASURER'S REPORT FOR THE MONTH OF NOVEMBER 2023 AS FOLLOWS:

**NOVEMBER 2023 – MONTHLY CASH STATEMENT TOTALS**

| | BEGINNING BALANCE | DEPOSITS | WITHDRAWALS | ENDING BALANCE |
|---|---|---|---|---|
| GENERAL FUND | $889,752.43 | $11,032,020.54 | -$10,699,836.07 | $1,221,936.90 |
| OTHER COUNTY | $13,580,488.47 | $14,305,150.82 | -$12,933,569.40 | $14,952,069.89 |
| COUNTY AGENCIES | $5,788,757.69 | $1,772,115.95 | -$3,089,822.96 | $4,471,050.68 |
| INVESTMENTS | $84,207,672.77 | $275,081.01 | -$5,856,131.00 | $78,626,622.78 |
| WORKER COMP | $113,429.34 | $331.08 | -$17,587.12 | $96,173.30 |
| TOTALS | $104,580,100.70 | $27,384,699.40 | -$32,596,946.55 | $99,367,853.55 |

**PAUL BUBER – 7 BUDGET ADJUSTMENTS & 1 SUPPLEMENTAL BUDGET APPROPRIATION RESOLUTION**

PAUL BUBER, FINANCE DIRECTOR, REQUESTED THE BOARD OF COMMISSIONERS' APPROVAL OF THE FOLLOWING:

ON BEHALF OF DISTRICT JUSTICES – COURTS:

REQUESTED APPROVAL OF A 2023 BUDGET ADJUSTMENT IN THE AMOUNT OF $35.00 TO ADJUST BUDGETARY AUTHORITY TO COVER SHORTFALL AND TO PAY LEASE PAYMENT FOR MDJ JAMES REILEY'S COPIER FINANCED THROUGH GREAT AMERICA FINANCIAL SERVICES. **MOTION REQUESTED.**

**MOTION:**

*IT WAS MOVED BY COMMISSIONER HALCOVAGE, SECONDED BY COMMISSIONER HESS TO APPROVE THE ABOVE REQUEST.*

*A ROLL CALL VOTE WAS AS FOLLOWS:*

*COMMISSIONER HETHERINGTON – YES* *COMMISSIONER HALCOVAGE – YES*

*COMMISSIONER HESS – YES*

ON BEHALF OF SOIL CONSERVATION:

REQUESTED APPROVAL OF A 2023 BUDGET ADJUSTMENT IN THE AMOUNT OF $418.00 TO ADJUST BUDGETARY AUTHORITY TO COVER SHORTFALL AND TO PAY THE REMAINING EXPENSES FOR INTERNET AND FOR FAX SERVICES FOR 2023. **MOTION REQUESTED.**

**MOTION:**

*IT WAS MOVED BY COMMISSIONER HALCOVAGE, SECONDED BY COMMISSIONER HESS TO APPROVE THE ABOVE REQUEST.*

*A ROLL CALL VOTE WAS AS FOLLOWS:*

*COMMISSIONER HETHERINGTON – YES* *COMMISSIONER HALCOVAGE – YES*

*COMMISSIONER HESS – YES*

ON BEHALF OF TAX ASSESSMENT:

REQUESTED APPROVAL OF A 2023 BUDGET ADJUSTMENT IN THE AMOUNT OF $750.00 TO ADJUST BUDGETARY AUTHORITY TO COVER SHORTFALL AND TO PAY AN IN LIEU OF BENEFIT TO AN EMPLOYEE FOR OPTING OUT OF THE COUNTY'S HEALTH CARE BENEFIT. **MOTION REQUESTED.**

**MOTION:**

*IT WAS MOVED BY COMMISSIONER HALCOVAGE, SECONDED BY COMMISSIONER HESS TO APPROVE THE ABOVE REQUEST.*

*A ROLL CALL VOTE WAS AS FOLLOWS:*

*COMMISSIONER HETHERINGTON – YES* *COMMISSIONER HALCOVAGE – YES*

*COMMISSIONER HESS – YES*

ON BEHALF OF ELECTION BUREAU / VOTER REGISTRATION:

REQUESTED APPROVAL OF A 2023 BUDGET ADJUSTMENT IN THE AMOUNT $3,000.00 TO ADJUST BUDGETARY AUTHORITY TO COVER SHORTFALL AND TO PAY FOR EXPENSE OF PENSKI TRUCK RENTALS, THE ELECTION BOARD, AND COURT APPOINTED RECOUNT BOARD. **MOTION REQUESTED.**

**MOTION:**

*IT WAS MOVED BY COMMISSIONER HALCOVAGE, SECONDED BY COMMISSIONER HESS TO APPROVE THE ABOVE REQUEST.*

*A ROLL CALL VOTE WAS AS FOLLOWS:*

*COMMISSIONER HETHERINGTON – YES* *COMMISSIONER HALCOVAGE – YES*

*COMMISSIONER HESS – YES*

ON BEHALF OF SHERIFF'S OFFICE:

REQUESTED APPROVAL OF A 2023 BUDGET ADJUSTMENT IN THE AMOUNT OF $6,000.00 TO ADJUST BUDGETARY AUTHORITY TO COVER SHORTFALL AND TO PAY OVERTIME EXPENSE FOR DEPUTIES FOR PFA SERVICES, TRANSPORTS, AND OTHER AFTER HOUR ASSIGNMENTS. **MOTION REQUESTED.**

**MOTION:**

*IT WAS MOVED BY COMMISSIONER HALCOVAGE, SECONDED BY COMMISSIONER HESS TO APPROVE THE ABOVE REQUEST.*

*A ROLL CALL VOTE WAS AS FOLLOWS:*

*COMMISSIONER HETHERINGTON – YES* *COMMISSIONER HALCOVAGE – YES*

*COMMISSIONER HESS – YES*

ON BEHALF OF DOMESTIC RELATIONS:

REQUESTED APPROVAL OF A 2023 BUDGET ADJUSTMENT IN THE AMOUNT OF $9,400.00 TO ADJUST BUDGETARY AUTHORITY TO COVER THE SHORTFALL AND TO PAY ADDITIONAL LEGAL EXPENSES FOR DRO IV-D ATTORNEY DUE TO AN INCREASE IN THE NUMBER OF CASES FOR THE YEAR.

**MOTION:**

*IT WAS MOVED BY COMMISSIONER HALCOVAGE, SECONDED BY COMMISSIONER HESS TO APPROVE THE ABOVE REQUEST.*

*A ROLL CALL VOTE WAS AS FOLLOWS:*

*COMMISSIONER HETHERINGTON – YES* *COMMISSIONER HALCOVAGE – YES*

*COMMISSIONER HESS – YES*

ON BEHALF OF 911 COMMUNICATIONS:

REQUESTED APPROVAL OF A 2023 BUDGET ADJUSTMENT IN THE AMOUNT OF $34,000.00 TO ADJUST BUDGETARY AUTHORITY TO COVER SHORTFALL AND TO PAY FOR NEW PHONE LINE FOR THREE MONTHS FOR NEW T-1 CIRCUITS. **MOTION REQUESTED**.

**MOTION:**

*IT WAS MOVED BY COMMISSIONER HALCOVAGE, SECONDED BY COMMISSIONER HESS TO APPROVE THE ABOVE REQUEST.*

*A ROLL CALL VOTE WAS AS FOLLOWS:*

*COMMISSIONER HETHERINGTON – YES* *COMMISSIONER HALCOVAGE – YES*

*COMMISSIONER HESS – YES*

ON BEHALF OF AFFORDABLE HOUSING TRUST FUND:

REQUESTED APPROVAL OF SUPPLEMENTAL BUDGET APPROPRIATION RESOLUTION **#2023-19** FOR $91,646. **MOTION REQUESTED**

**MOTION:**

*IT WAS MOVED BY COMMISSIONER HALCOVAGE, SECONDED BY COMMISSIONER HESS TO APPROVE THE ABOVE REQUEST.*

*A ROLL CALL VOTE WAS AS FOLLOWS:*

*COMMISSIONER HETHERINGTON – YES* *COMMISSIONER HALCOVAGE – YES*

*COMMISSIONER HESS – YES*

ON BEHALF OF ADMINISTRATION / FINANCE

FINANCE DIRECTOR, PAUL BUBER, REQUESTED THE BOARD OF COMMISSIONERS' APPROVAL TO ESTABLISH THE FINAL 2024 REAL ESTATE MILLAGE, PER CAPITA TAX, AND TO ADOPT THE 2024 FINAL BUDGETS AS SET FORTH IN ACCORDANCE WITH RESOLUTION 12-20-23. **MOTION REQUESTED.**

**RESOLUTION # 12-20-23**

1. TO ESTABLISH THE FINAL 2024 REAL ESTATE MILLAGE AT 15.98 MILLS TO INCLUDE:

15.38 MILLS FOR THE 2024 GENERAL FUND ACCOUNT (153.8) CENTS ON EACH $100 OF ASSESSED VALUATION); AND

.60 MILLS FOR THE 2024 FUNDED DEBT ACCOUNT (6.0 CENTS ON EACH $100 OF ASSESSED VALUATION); AND

2. TO ESTABLISH THE FINAL 2024 PER CAPITA TAX AT $5.00.

3. TO ADOPT THE 2024 FINAL BUDGET FOR THE GENERAL FUND WITH A PROPOSED LEGISLATIVE AUTHORIZATION TO EXPEND PUBLIC FUNDS FOR OFFICE/DEPARTMENT FUNCTIONS WITHIN THE ESTABLISHED BUDGET PARAMETERS AT AN AGGREGATE EXPENDITURE LIMIT SET AT $83,290,995 AND TO BE OFF-SET BY PROJECTED REVENUES OF $72,762,685 (INCLUDING REAL ESTATE AND PER CAPITA TAX REVENUES) AND SUPPLEMENTED BY APPROXIMATELY $10,528,310 FROM THE GENERAL FUND UNASSIGNED FUND BALANCE.

4. TO ADOPT THE 2024 FINAL BUDGET FOR THE FUNDED DEBT ACCOUNT WITH PROPOSED LEGISLATIVE AUTHORIZATION TO EXPEND FUNDS IN AN AMOUNT OF $2,087,101 FOR DEBT SERVICE AND TO BE OFF-SET BY PROJECTED REVENUES PLUS A CARRYOVER RESTRICTED FUND BALANCE OF $2,087,101.

5. TO ADOPT THE 2024 FINAL BUDGET FOR THE CAPITAL PROJECT FUND ACCOUNT WITH PROPOSED LEGISLATIVE AUTHORIZATION TO EXPEND PUBLIC FUNDS FOR PROJECTS WITHIN THE ESTABLISHED BUDGET PARAMETERS AT AN AGGREGATE EXPENDITURE LIMIT SET AT $125,763 AND TO BE OFF-SET BY PROJECTED REVENUES PLUS A CARRYOVER RESTRICTED FUND BALANCE OF $125,763.

6. TO ADOPT THE 2024 FINAL BUDGET FOR THE CAPITAL RESERVE FUND ACCOUNT WITH PROPOSED LEGISLATIVE AUTHORIZATION TO EXPEND PUBLIC FUNDS FOR PROJECTS WITHIN THE ESTABLISHED BUDGET PARAMETERS AT AN AGGREGATE EXPENDITURE LIMIT SET AT $460,000 AND TO BE OFF-SET BY PROJECTED REVENUES PLUS A CARRYOVER RESTRICTED FUND BALANCE OF $460,000.

7. TO ADOPT THE 2024 FINAL BUDGET FOR THE INTERNAL SERVICE FUND – WORKERS' COMPENSATION WITH A PROPOSED LEGISLATIVE AUTHORIZATION TO EXPEND PUBLIC FUNDS FOR WORKERS' COMPENSATION CLAIMS AND ADMINISTRATIVE EXPENSES WITHIN THE ESTABLISHED BUDGET PARAMETERS AT AN AGGREGATE EXPENDITURE LIMIT SET AT $380,000 AND TO BE OFF-SET BY PROJECTED REVENUES OF $380,000.

8. TO ADOPT THE 2024 FINAL BUDGET FOR CERTAIN SPECIAL REVENUE FUND ACCOUNTS WITH PROPOSED LEGISLATIVE AUTHORIZATION TO EXPEND PUBLIC FUNDS FOR OFFICE/DEPARTMENT FUNCTIONS WITHIN THE ESTABLISHED BUDGET PARAMETERS AND TO BE OFF-SET BY PROJECTED REVENUES OR BY PROJECTED REVENUES PLUS A CARRYOVER RESTRICTED FUND BALANCE AS FOLLOWS:

| SPECIAL REVENUE FUND | | EXPENDITURES | | REVENUES |
|---|---|---|---|---|
| LOCAL USE FUNDS | | $ 951,500 | | $ 812,500 |
| LIQUID FUELS | | $ 1,953,296 | | $ 785,900 |
| DEMOLITION | | $ 2,041,430 | | $ 1,313,000 |
| OTHER (FARMLAND PRESERVATION) | | $ 372,136 | | $ 124,581 |
| HUMAN SERVICES COMPLEX | | $ 314,882 | | $ 229,832 |
| 911 | | $ 8,071,130 | | $ 8,071,130 |
| AMERICAN RESCUE PLAN | | $ 11,438,199 | | $ 406,000 |
| TAX REASSESSMENT | | $ 5,679,582 | | $ 215,400 |
| OTHER AGENCY FUNDS | | $ 3,699,573 | | $ 3,699,573 |
| OFFICE OF SENIOR SERVICES | | $ 6,772,160 | | $ 6,772,160 |
| DRUG AND ALCOHOL | | $ 4,052,296 | | $ 3,659,017 |
| MENTAL HEALTH (MH/DS) | | $ 7,933,307 | | $ 7,933,307 |
| CHILDREN & YOUTH | | $ 29,076,113 | | $ 29,076,113 |
| DOMESTIC RELATIONS | | $ 2,574,614 | | $ 2,743,935 |

9. TO ADOPT THE 2024 FINAL BUDGET FOR OTHER SPECIAL REVENUE FUND ACCOUNTS WITH PROPOSED LEGISLATIVE AUTHORIZATION TO EXPEND PUBLIC FUNDS FOR SPECIAL PROGRAMS (E.G., AGING ADVISORY, OFFENDER SUPERVISION, SCBG PROGRAM, AFFORDABLE HOUSING, COAL LANDS, DUI, OTHER ESCROW, CONDUIT, SCHUYLKILL COUNTY TRANSPORTATION AUTHORITY, MARCELLUS SHALE, EMERGENCY SOLUTIONS GRANT) WITHIN ESTABLISHED PARAMETERS AT AN AGGREGATE EXPENDITURE LIMIT OF $28,642,237 AND TO BE OFF-SET BY PROJECTED REVENUES PLUS A CARRYOVER RESTRICTED FUND BALANCE OF $28,642,237.

***NOW, THEREFORE, BE IT RESOLVED****, that we, the Schuylkill County Board of Commissioners, do hereby approve Resolution 12-20-23 as the 2024 FINAL Budget for the County of Schuylkill.*

**ATTEST:**

**COUNTY OF SCHUYLKILL**
**BOARD OF COMMISSIONERS:**

________________________
Linda Deatrich, Chief Clerk

**MOTION:**

*IT WAS MOVED BY COMMISSIONER HALCOVAGE, SECONDED BY COMMISSIONER HESS TO APPROVE THE ABOVE REQUEST.*

*A ROLL CALL VOTE WAS AS FOLLOWS:*

*COMMISSIONER HETHERINGTON – YES*

*COMMISSIONER HALCOVAGE – YES*

*COMMISSIONER HESS – YES*

*COMMISSIONER HETHERINGTON AND COMMISSIONER HESS THANKED EVERYONE INVOLVED WITH THE BUDGET FOR ALL OF THEIR TIME AND HARD WORK THEY PUT INTO THE 2024 BUDGET.*

**HUMAN RESOURCES – PERSONNEL ACTIONS & INFORMATION**

HUMAN RESOURCES SPECIALIST/ASSISTANT RISK MANAGER, HEATHER GARRITY, PRESENTED THE FOLLOWING INFORMATION:

**INFORMATIONAL**:

**DRUG & ALCOHOL – RESIGNATION**

ADMINISTRATIVE OFFICER I, GRACE COFFIN, BARNESVILLE, HAS RESIGNED FROM SAID POSITION. EFFECTIVE DECEMBER 8, 2023.

**HUMAN SERVICES – RESIGNATION**

CASE AIDE II, VOLUNTEER PROGRAM, KIMBERLY BLUM, POTTSVILLE, PA, HAS RESIGNED FROM SAID POSITION. EFFECTIVE NOVEMBER 22, 2023.

**CHILDREN & YOUTH – RETIREMENT**

COUNTY CASEWORKER II, WILLIAM SUTTON, NORTH UNION TOWNSHIP, HAS RESIGNED FROM SAID POSITION. EFFECTIVE JANUARY 5, 2023.

**OFFICE OF SENIOR SERVICES – RESIGNATION**

AGING CARE MANAGER II, CARISSA UNDERWOOD, ORWIGSBURG, HAS RESIGNED FROM SAID POSITION. EFFECTIVE DECEMBER 21, 2023.

*ALL APPOINTMENTS ARE PENDING DRUG TEST AND PHYSICAL.
*ALL ACTIONS INVOLVING SALARY OR FOR POSITIONS BEING CREATED ARE PENDING SALARY BOARD APPROVAL.

**ADJOURNMENT**

THERE BEING NO FURTHER BUSINESS, COMMISSIONER HETHERINGTON ADJOURNED THE MEETING.

ATTEST: ______________________________